

# EXHIBIT LIST

___ PLAINTIFF    _X_ DEFENDANT    _____ JOINT

___ GOVERNMENT  ___ COURT

CASE NO.   6:17-CR-15-ORL-37LRH
STYLE:     UNITED STATES OF AMERICA v. JARVIS WAYNE MADISON

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 9/30/20 | 9/30/20 | DEMERY | A | DEMERY REPORT |
| 2 | 9/30/20 | 9/30/20 | AGHARKAR | A | AGHARKAR REPORT |
| 3 | 9/30/20 | 9/30/20 | MCCLAIN | A | MCCLAIN REPORT |
| 4 | 9/30/20 | 9/30/20 | OUAOU | A | OUAOU REPORT |
| 5 | 9/30/20 | 9/30/20 | OUAOU | A | OUAOU POWER POINT |
| 6 | 9/30/20 | 9/30/20 | SNYDER | A | SNYDER CV |
| 7 | 9/30/20 | 9/30/20 | SNYDER | A | SNYDER REPORT |
| 8 | 9/30/20 | 9/30/20 | SNYDER | A | SNYDER POWER POINT |
| 9 | 9/30/20 | 9/30/20 | DOSS | A Sealed | UPDATED DECLARATION IN SUPPORT OF MOTION TO DETERMINE MR. MADISON'S CONTINUED INCOMPETENCY SUBMITTED *EX PARTE* AND UNDER SEAL |
| 10 | 9/30/20 | 9/30/20 | WHITE | A Sealed | OBSERVATIONS AND CONCLUSIONS OF LESLEY WHITE |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.