U.S. District Court
Middle District of Florida

**DEFENDANT'S EXHIBIT**

Exhibit No:
6

Case No: 6:17-CR-15-Orl-37KRS

UNITED STATES OF AMERICA

v.

JARVIS WAYNE MADISON

Date Identified: 9/30/20

Date Admitted: 9/30/20

# Travis Snyder DO

## Curriculum Vitae

### 1/30/20

## Personal Data:

Birth Date:      September 2, 1979
Birth Place:    Santa Barbara CA
Citizenship:   United States

## Education:

Undergraduate        Florida State University                    Psychology, Biology, Chemistry, 2003
Medical School         Touro University Osteopathic Medical School NV    DO, 2009
Internship                Michigan State University              McLaren Macomb 2009-2010
Radiology Residency   Michigan State University              McLaren Macomb 2009-2014
Neuroradiology Fellow  University of Miami/Jackson Hospital   2014-2015

## Licenses and Certifications:

State of Michigan Medical License        2009 (No. 5101018335)
State of Florida Medical License          2013 (No. OS 12448)
State of Nevada Medical License          2014 (No. DO 1831)
State of Arizona Medical License         2015 (No. 006637)
State of California Medical License       2015 (No. 20a 13840)
State of Colorado Medical License        2017 (No. DR.0059522)
State of New Mexico Medical License     2018 (No. A-2154-18)

Board Certified Radiologist, AOBR        2014 (No. 1329)
CAQ Certified Neuroradiology            2015 (No. 1329)

## Professional Experience:

Wellington Hospital, Florida, Jan 2015 –Summer 2015 (part time)
        - General hospital and Emergency Room Radiologist

Nevada Imaging Center, Las Vegas, Jun 2015 - Jan 2016
        - Diagnostic Radiologist
        - MRI specialist

SimonMed Radiology Las Vegas, Feb 2016- Present
        - Diagnostic Radiologist
        - Neuroradiologist

## Academic Appointments:

Clinical Instructor, Michigan State University 2009-Present

Adjunct Assistant Professor of Neuroradiology, Touro University Nevada College of Osteopathic Medicine 4/1/16-Present

Adjunct Assistant Professor of Neuroradiology, Touro University California College of Osteopathic Medicine 11/1/16-Present

Cleveland Clinic Center for Brain Health Interdisciplinary Clinical Neuroscience Seminar Faculty member 12/06/2017-Present

Clinical Assistant Professor of Radiology UNLV School of Medicine 12/14/2017- Present

Adjunct Assistant Professor of Radiology University of Nevada Reno 10/01/2017-Present

Touro University 3rd and 4th year curriculum advisory board member

## Memberships and Affiliations:

American Osteopathic Association (AOA)

American Board of Radiology (AOBR)

American Osteopathic College of Radiology (AOCR)

Florida Osteopathic Medical Association (FOMA)

The American Society of Functional Neuroradiology (ASFNR)

Radiologic Society of North America (RSNA)

## Titles and Awards:

Vice President/Chief Financial Officer DO09 class Touro University NV (2005-6)

Parliamentarian, OMSGA Touro University NV (2006-7)

National Director of Political Affairs, Student Osteopathic Medical Association: 2008-2009

Chief Radiology Resident, McLaren Macomb 2013-14

Dorthy V Kraft Scholarship, McLaren Macomb 2014

SimonMed Nevada Radiation Safety Officer 2017-Present

SimonMed Nevada Registered Laboratory Director 2017-Present

Alumni Generosity Award, Touro University NV 10/14/18

Benefactor William Werner Orison, Jr., M.D. Post-Doc Neuroimaging Research Fund UNLV 2018-19

Vegas HealthCare Quarterly Top Doctors (Radiology) 2019

## Presentations/Lectures:

Snyder T, Perkins TG, Mueller T, Hanson EH, Orrison WW Jr, People RR, and Powell J. Case Study: Limbus Vertebral in a Contortionist. Proceedings: Touro University Nevada Research Day, Las Vegas NV March 5, 2007

Snyder T, Perkins TG, Mueller T, Hanson EH, Orrison WW Jr, People RR, and Powell J. 'Three Level Bilateral Spondylolysis in a Contortionist', Touro University Research Day, 4/7/08.

Radiology and the Match 4/21/09 Radiology Interest Group Touro U, NV

Snyder T, Interns on call, Radiology for Interns McLaren Macomb, 7/10/10

Snyder T, Interns on call, Radiology for Interns McLaren Macomb, 7/15/2011

Snyder T, Gastrointestinal Imaging, how to and cases McLaren Macomb, 8/10/11

Snyder T, Extramedullary hematopoiesis, Michigan State University, 11/23/11

Snyder T, Interns on call, Radiology for Interns McLaren Macomb, 7/9/2012

Snyder T, Gallbladder carcinoma Michigan State University, 10/7/12

Snyder T, Pediatric call preparation series McLaren Macomb, 11/12

Snyder T, Call Preparation Series for new residents McLaren Macomb Part I, II, III summer 2012

Snyder T, Perkins T, Mueller T, Hanson E, Orrison W, Peoples R, Powell J. Case Study: 3 Level Spondylolysis in a Contortionist. Poster presented at the American Osteopathic College of Radiology national meeting April 22-26 2013, Fort Lauderdale, Florida.

Snyder T, Interns on call, Radiology for Interns McLaren Macomb, 7/9/2013

Snyder T, Call Preparation Series for new residents McLaren Macomb Part I, II, III summer 2013

Snyder T, Genital Urinary Imaging with Ultrasound, Department of Urology, McLaren Macomb, MI 3/27/14

Snyder T, Sinus Normal Variations, Sabers health Trachea, Neuroradiology Department, Jackson Hospital Miami, 7/16/14

Snyder T, Atretic Parietal Encephalocele, Dural Sinus Thrombosis and ICH, Neuroradiology Department, Jackson Hospital Miami, 7/29/14

Snyder T, Neuromyelitis Optica, Slow Flow Venous Malformation, MRI appearance of the Venous Pterygoid Plexus, Neuroradiology Department, Jackson Hospital Miami, 8/29/14

Snyder T, Perimesencephalic subarachnoid hemorrhage, IG4 hypertrophic pachymeningitis of the frontal lobe and other differential extra axial lesions, Neuroradiology Department, Jackson Hospital Miami, 9/24/14

Snyder T, Spinal Astrocytoma in a patient with TB, PNET, Neuroradiology Department, Jackson Hospital Miami, 10/1//14

Snyder T, Retinoblastoma, Mucocele, CNS Amoeba infection, Neuroradiology Department, Jackson Hospital Miami, 10/27//14

Snyder T, Approach to Spine Imaging, Department of Anesthesia, Division of Pain, University of Miami Miller School of Medicine, 10/31/14

Snyder T, Ventral Spinal Cord Herniation, Synovial Cysts, Neuroradiology Department, Jackson Hospital Miami, 11/16/14

Snyder T, Pediatric Midline Tumors, Neuroradiology Department, Jackson Hospital Miami, 11/18/14

Snyder T, Ischemic Stroke in AVM, Ischemic DVA, Amyloid Angiopathy Superficial Siderosis, Neuroradiology Department, Jackson Hospital Miami, 11/24/14

Snyder T, Scaphocephaly, Trigocephaly, Neuroradiology Department, Jackson Hospital Miami, 12/8/14

Snyder T, Neuroradiology Oral Board Review, Part I, II, III Larkin Hospital Fl, 2/4/15

Snyder T, 3rd Ventriculostomy MRI appearance, Tuberous Sclerosis, Neuroradiology Department, Jackson Hospital Miami, 4/6/15

Snyder T, Pediatric Neuroradiology Cases, Neuroradiology Department, Jackson Hospital Miami, 10/17/15

Snyder T, Allergic Fungal Sinusitis, Invasive sinusitis, 5th Ventricle, Panopaque Contrast, Neuroradiology Department, Jackson Hospital Miami, 10/11/15

Snyder T, Epidermoid Cysts, Neuroradiology Department, Jackson Hospital Miami, 12/10/15

Snyder T, Hypoglossal Schwanoma, CNS lymphoma, Severe Encephalomeningitis, Neuroradiology Department, Jackson Hospital Miami, 12/15/15

Snyder T, Pediatric Neuroradiology Cases, Neuroradiology Department, Jackson Hospital Miami, 2/1/15

Snyder T, Pediatric Neuroradiology Cases, Neuroradiology Department, Jackson Hospital Miami, 3/15/15

Snyder T, Progressive Multifocal Leukoencephalopathy, 3/10/2016

Snyder T, Cavernous Sinus Thrombosis, Neuro-Bechets, Chondrosarcoma, Parathyroid Adenoma, Neuroradiology Department, Jackson Hospital Miami, 6/3/15

Razenberger LR, Snyder THW, Weaver LK, Deru K, Orrison JJ, Cartwright PE and Orrison WW Prevalence of pineal cyst in carbon monoxide-poisoned patients with on-going symptoms after poising 49th Undersea & Hyperbaric Medical Society Annual Scientific Meeting, Las Vegas Nevada June 10, 2016

Snyder T, Intro to Radiology - Touro University NV Las Vegas NV, 8/2/16

Snyder T Introduction to Neuroradiology - Valley Hospital internal medicine conference, Las Vegas NV, 9/16/2016

Snyder T Approach to Brain Imaging Part I - Valley Hospital Neurology Conference, 2/7/17

Snyder T Approach to Brain Imaging Part II - Valley Hospital Neurology Conference, 2/8/17

Snyder T Call for Interns, Radiology - Valley Hospital Internal medicine conference, 4/13/17

Snyder T Approach to Spine Imaging - Valley Hospital Family Medicine conference, 5/11/17

Suncoast Hotel and Casino NOMA Annual Convention 05/04/2018

Snyder T Imaging Findings in Multiple Sclerosis and White Matter Mimics Cleveland Clinic Advancing Therapeurtics for Multiple Sclerosis Medical Education Conference, 12/09/2017

Snyder T Imaging Findings in Multiple Sclerosis and White Matter Mimics Cleveland Clinic Center for Brain Health Interdisciplinary Clinical Neuroscience Seminar, 12/21/2017

Snyder T Ordering Radiology Exams and cases Nevada Osteopathic Medical Association, 4/18/18

Snyder T Neuro Imaging Introduction Touro University NV, 5/9/18

Snyder T Radiation Safety in Imaging Touro University NV, 5/9/18

Snyder T Neuroimaging in Brain Injury Scripps 14th Annual Brain Injury and Rehabilitation Conference San Diego 3/8/19

Snyder T Neuro Imaging Introduction Touro University NV, 3/17/19

Snyder T Approaching the Match, Careers in Radiology Touro University NV, 3/17/19

Snyder T Introduction to Research, with Neuroimaging emphasis Touro University NV, 3/17/19

Snyder T Introduction to Abdominal Imaging Touro University NV, 2/4/20

## Journal Articles:

Peoples RR, Perkins TG, Powell, JW, Hanson EH, Snyder TH, Mueller TL, Orrison WW. Whole-spine dynamic magnetic resonance study of contortionists: anatomy and pathology J Neurosurgery Spine 8 501-509 2008.

Logan R. Ranzenberger; Travis Snyder
Diffusion Tensor Imaging
StatPearls March 2019

Lewine JD, Plis S, Ulloa A, Williams C, Spitz M, Foley J, Paulson K, Davis J, Bangera N, Snyder T, Weaver L.
Quantitative EEG Biomarkers for Mild Traumatic Brain Injury.
J Clin Neurophysiol. 2019 May 8. doi: 10.1097/WNP.0000000000000588

Tak Yau, Logan Ranzenberger, Lorenzo Capannolo, Alan Rodriguez and Travis Snyder
Shoulder MR Arthrography Complication – Direct Injection of the Biceps Tendon: A Case Report
Journal of Medical Imaging and Case Reports September 26, 2019

William H. Kinney, DO, Collin Beckstrom,  Travis Snyder, DO, Paul Judiscak, DO, Phil Miller, DO, John Marett, MD, Annelisa Pessetto, Dmitry Scherbak DO
Electronic cigarette or Vaping use Associated Lung Injury (EVALI)
Applied Radiology Jan 2020

Michael Korczynski, Andrew Nguyen, Travis Snyder
The "Cone-Head" sign: Magnetic Resonance Image Findings of the "Headspin Hole", an Overuse Injury found in Breakdancers
Radiology Case Reports Jan 2020

Cheryl Vanier PhD, Trisha Pandey, Shaunaq Parikh DO, Alan Rodriguez MD, John Peralta, Amanda Hertzler, Leon Ma, Ruslan Nam, Sami Musallam, Hallie Taylor, Taylor Vickery,

Yolanda Zhang, Logan Ranzenberger DO, Andrew Nguyen, Thomas Knoblauch MS, Mike Kapostasy, Alex Asturias MS, Enrico Fazzini DO PhD, Travis Snyder DO
Interval-censored Survival Analysis of Mild Traumatic Brain Injury with Outcome Based Neuroimaging Clinical Applications
Journal of Concussion (In Press)

## Other Articles:

T Snyder Acute Trauma: An Imaging Perspective
Las Vegas Legal Magazine Summer 2017

T Snyder Imaging Manifestations in Traumatic Brain Injury
Las Vegas Legal Magazine Winter 2017

## Abstracts:

T. Snyder, A. Sneider, J. Proveda, N. Nagornaya IgG4-Related Hypertrophic Pachymeningitis: A Rare Extra-axial Mass Lesion American Society of Neuroradiolgiy, Chicago 4/28/27

Razenberger LR, Snyder THW, Weaver LK, Deru K, Orrison JJ, Cartwright PE and Orrison WW Prevalence of pineal cyst in carbon monoxide-poisoned patients with on-going symptoms after poising 49th Undersea & Hyperbaric Medical Society Annual Scientific Meeting, Las Vegas Nevada June 10, 2016

A Trent, J Hutchison, E Brown, C Tinge, C Vanier, A Rodriguez, T Snyder, L Weaver
Imaging Findings in Carbon Monoxide Exposed Patients
ASNR 58th annual meeting May 30-Jun 4 2020

T Knoblauch, S Parikh, A Hertzler, L Ma, C Vanier, T Snyder
Impact of cortical volume on clinical symptom presentation and longevity following mTBI
ASNR 58th annual meeting May 30-Jun 4 2020

E Shum, P Shah, A Hertzler, T Abildskov, C Vanier, A Rodriguez, T Knoblauch, T Snyder
Accuracy and Inter-reliability of Methods Lateral Ventricle Volume Measurement
ASNR 58th annual meeting May 30-Jun 4 2020

A Rodriguez, R Dela Paz, C Marder, C Vanier, A Asturias, T Knoblauch, T Snyder, J Uglietta
Associations between NeuroQuant-Defined Brain Structures and PETAmyloid Scans
ASNR 58th annual meeting May 30-Jun 4 2020

## Reviewer for Peer Reviewed Medical Journals:

Undersea and Hyperbaric Medicine

Cureus

Stat Pearls

## Previous Research Experience:

Eye tracking reflective of subconscious psychological states, Florida State Department of Psychology, Michael Kaschak PhD, 2003

Schizophrenia typical and atypical drug effects brain volumetric voxel analysis. University of North Carolina department of psychiatry Robert McClure, MD, 2004

Pantothenate kinase-associated neurodegeneration (PKAN), formerly Hallervorden-Spatz syndrome, Nevada Imaging Centers, William Orrison MD, Eric Hanson MD, 2005

MRSA, Nevada Imaging Centers, Rob Rowley MD, 2006

Empty Sella, Nevada Imaging Centers, William Orrison MD, Eric Hanson MD, 2006

Hypsarrthymia (in a 7-year-old p-8 syndrome), Neurology Specialists, Donald Johns MD, 2008

Neuropsych, MRI, and Neurologic findings on 18 patients with CO Monoxide poisoning, Nevada Imaging Centers, 2009 with William Orrison MD, Eric Hanson MD

Spinal and brain anaplastic ganglioglioma, grade III, case report. Clinical Neurology Specialists, Lydia Estanislau MD, 2009

## Current Research:

Lead DTI researcher: Department of Defense Brain injury and mechanisms of action randomized trial of HBO2 and mild TBI (BIMA)

fMRI researcher: Department of Defense Brain injury and mechanisms of action randomized trial of HBO2 and mild TBI (BIMA)

Principal Investigator: 350 Traumatic Brain injury cases, Advanced imaging and clinical findings SimonMed Las Vegas NV00 DTI, fMRI, Perfusion, NeuroQuant, Cavum Septum, Empty Sella

Principal Investigator: DTI trauma versus control comparison

Principal Investigator: Investigational pulse sequences (GE, Siemens and SimonMed nationally)

Principal Investigator: NeuroQuant in 500 Alzheimer's and mild cognitive impairment patients

Principal Investigator:  Razenberger LR, Snyder THW, Orrison JJ, Cartwright PE and Orrison WW No-Brainer – Radiation doses with and without a lead lined cap

Alzheimer's and Amyvid PET and vMRI (NeuroQuant) 120 cases Imaging Comparison (SimonMed Nationally)

Carbon Monoxide database, 170 imaging cases SimonMed Las Vegas NV

Carbon Monoxide, Review of Neuroimaging locations SimonMed Las Vegas NV

Vacum phenomena in an elite athlete: a case report SimonMed Las Vegas NV

Resting State MRI, Pre and Post Manipulative Treatment: a case report (SimonMed CA)

Razenberger LR, Snyder THW, Weaver LK, Deru K, Orrison JJ, Cartwright PE and Orrison WW Prevalence of pineal cyst in carbon monoxide-poisoned patients

Three Level Bilateral Spondylolysis in a Contortionist – A Case Report and Three-Dimensional Medical Scale Modeling SimonMed Imaging, Julia R. Schneider B.S., Travis Snyder D.O., Eric H.

Hanson M.D., Randal R. Peoples M.D., Janette Powell M.H.Sc., PT, Thomas G. Perkins Ph.D., Timothy Mueller, and William W. Orrison Jr, M.D.  SimonMed Las Vegas NV

## Imgen Neuroradiology Research Fellows:

| | |
|---|---|
| Shaunaq Parikh, DO | 9/1/18 – 7/1/19 |
| Alan Rodriguez, MD | 8/1/18 – Present |
| Thomas Knoblauch | 5/1/19 - Present |

## Imgen Summer Radiology Research Internship Program - Medical Students:

*2016 – Summer*
Logan Razenberger

*2017 – Summer*
Trisha Pandey

*2018 – Summer*
Faisal Choudhury
Robert Fu
Nathanael Christensen
Christi Shaefer
Taylor Vickery
Hallie Taylor
Sami Musallam
James Kropa
Kaitlyn Sun
Sridivya Majji
Sriram Cherukupalli
John Perlata
Leon Ma
Amanda Hertzler
Chaston Ellis
Kristine Nguyen
Eddie Shum
Pryia Shah

2019 – *Summer*
Omron Hassan
Sheshanna.Phan
Duke Shen
Moriah.Murray,
Khalid.Haikal
Vincent Pan
Kyler Perry
michael.Degnan
Tapasya Surti
Shadi Arjmand
Cindy Wong

Alex Asturias
Bovey Wu
Jessica Joseph
Nicholas Vitagliano
Jacob Hutchison
Tahne Yongsavath
Kenisha Yu
Devon Kent
Mehdi Talle
Nicole Barsanti
Abbas Hasan
Hamza Hansoti
Lauren Carter
Junaid Akhter
Muhammad Tar
Jay Xiong
Ronny Yip
Audrey Tran
Stephanie Ringle
Jackson Hoekstra

## Media:

Las Vegas Heals, Affordable Medical Imaging with SimonMed Imaging 07/05/2018