

# EXHIBIT LIST

___ PLAINTIFF    ___ DEFENDANT    _____ JOINT

_X_ GOVERNMENT ___ COURT

CASE NO.  6:17-CR-15-ORL-37LRH
STYLE:    U.S. V. JARVIS WAYNE MADISON

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 9/30/20 | 9/30/20 | | A | Lloyd/Pennuto Report |
| 2 | 9/30/20 | 9/30/20 | | A | Lloyd CV |
| 3 | 9/30/20 | 9/30/20 | | A | Pennuto CV |
| 4 | 9/30/20 | 9/30/20 | | A | Zapf Report |
| 5 | 9/30/20 | 9/30/20 | | A | Zapf CV |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.