UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:17-cr-15-RBD-LRH

JARVIS WAYNE MADISON

UNITED STATES' NOTICE OF WITHDRAWAL OF THE NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, by Karin B. Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby provides notice that it withdraws the identical notices of intent to seek the death penalty against defendant Jarvis Wayne Madison, filed December 19, 2017 and March 8, 2018. Docs. 141 and 230. Therefore, the United States of America no longer intends to seek the death penalty against Madison.

Respectfully submitted,

KARIN B. HOPPMANN
Acting United States Attorney

By: /s/ Shawn P. Napier
Shawn P. Napier
Assistant United States Attorney
USA No. 132
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: shawn.napier@usdoj.gov

                                                              */s/ James P. Curtin*
                                                              James P. Curtin
                                                              Trial Attorney
                                                              U.S. Department of Justice
                                                              Capital Case Section
                                                              1331 F Street, NW, Suite 613
                                                              Washington, D.C. 20530
                                                              Virginia Bar No. 70925
                                                              Telephone: (202) 353-3639
                                                              E-mail: James.Curtin@usdoj.gov

U.S. v. MADISON						Case No. 6:17-cr-15-RBD-LRH

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>D. Todd Doss, Esq.
>Steven H. Malone, Esq.
>Erin Hyde, Esq.
>Waffa Hanania, Esq.

>*/s/ Shawn P. Napier*
>Shawn P. Napier
>Assistant United States Attorney
>USA No. 132
>400 W. Washington Street, Suite 3100
>Orlando, Florida 32801
>Telephone:   (407) 648-7500
>Facsimile:     (407) 648-7643
>E-mail:          shawn.napier@usdoj.gov